Case Name: _G&G Closd Circ v. David Morales, et al_   Case Number: _20_ CV - _2936 (PKC)(JO)_

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A.  ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.   Rule 26(f) Conference held | | | 8- -20 |
| 2.   Rule 26(a)(1) disclosures exchanged | | | 9-16-20 |
| 3.   Requested: | | | |
|    a.   Medical records authorization | | | |
|    b.   Section 160.50 releases for arrest records | | | |
|    c.   Identification of John Doe/Jane Doe defendants | | | |
| 4.   Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| 5.   Confidentiality Order to be submitted for court approval (see Proposed Confidentiality Order on the Chambers website) | | | |
| **B.  SETTLEMENT PLAN** | | | |
| 1.   Plaintiff to make settlement demand | | | 8-28-20 |
| 2.   Defendant to make settlement offer | | | 9-4-20 |
| 3.   Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | |
| 4.   Settlement Conference (proposed date) | | | 11-17-20 |
| **C.  PROPOSED DEADLINES** | | | |
| 1.   Motion to join new parties or amend pleadings | | | 9-30-20 |
| 2.   Initial documents requests and interrogatories | | | 9-30-20 |
| 3.   All fact discovery to be completed (including disclosure of medical records) | | | 12-1-20 |
| 4.   Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 12-8-20 |
| 5.   Expert discovery (only if needed) | | _Check here if not applicable_ ☐ | |

Rev. 4-20-20

| | | | |
|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | *N/A* | | |
| Defendant expert proposed field(s) of expertise: | | | |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a. Affirmative expert reports due | | ✓ | |
| b. Rebuttal expert reports due | | ✓ | |
| c. Depositions of experts to be completed | | | |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | 12-1-20 |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 12-23-20 |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 1-5-21 |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 1-19-21 |

## D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes  ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes  ☒ No |

## E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

SO ORDERED:

_____

United States Magistrate Judge

_____
**Date**

Rev. 4-20-20

Case Name: _G&G Closed Circ v. David Morales, et al_ Case Number: _20_ CV - _2936_ ( _PKC_ )

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1.  Rule 26(f) Conference held | | | 8- -20 |
| 2.  Rule 26(a)(1) disclosures exchanged | | | 9-16-20 |
| 3.  Requested: | | | |
|     a.  Medical records authorization | | | |
|     b.  Section 160.50 releases for arrest records | | | |
|     c.  Identification of John Doe/Jane Doe defendants | | | |
| 4.  Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| 5.  Confidentiality Order to be submitted for court approval (see Proposed Confidentiality Order on the Chambers website) | | | |
| **B. SETTLEMENT PLAN** | | | |
| 1.  Plaintiff to make settlement demand | | | 8-28-20 |
| 2.  Defendant to make settlement offer | | | 9-4-20 |
| 3.  Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | | |
| 4.  Settlement Conference (proposed date) | | | 11-17-20 |
| **C. PROPOSED DEADLINES** | | | |
| 1.  Motion to join new parties or amend pleadings | | | 9-30-20 |
| 2.  Initial documents requests and interrogatories | | | 9-30-20 |
| 3.  All fact discovery to be completed (including disclosure of medical records) | | | 12-1-20 |
| 4.  Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 12-8-20 |
| 5.  Expert discovery (only if needed) | | | _Check here if not applicable_ ☐ |

Rev. 4-20-20

| Plaintiff expert proposed field(s) of expertise: | N/A |
|---|---|
| Defendant expert proposed field(s) of expertise: | |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a. Affirmative expert reports due | | ✓ | |
| b. Rebuttal expert reports due | | ✓ | |
| c. Depositions of experts to be completed | | | |
| 6. Completion of ALL DISCOVERY (if different from C.3) | | | 12-1-20 |
| 7. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 12-23-20 |
| 8. If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 1-5-21 |
| 9. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 1-19-21 |

## D.  CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | |
|---|---|
| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

## E.  COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | |
|---|---|---|---|
| 1. Motion for collective action certification in FLSA cases | | | |
| a. Response due | | | |
| b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| a. Response due | | | |
| b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

_____
United States Magistrate Judge

_____
**Date**

Rev. 4-20-20